# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>               Plaintiff,                           )<br>                                                            )<br>vs.                                                      )<br>                                                            )<br>RHYN CAMPBELL and PHILLIP BERRY, )<br>                                                            )<br>               Defendants.                        )<br>_____)  | Case No.  2:11-cr-00250-GMN-GWF<br><br>**<u>ORDER</u>** |

This matter is before the Court on Plaintiff's Motion to Unseal Criminal Indictment and Proceedings (#23), filed August 9, 2011.  Upon review and consideration,

**IT IS ORDERED** that Plaintiff's Motion to Unseal Criminal Indictment and Proceedings (#23) is **granted**, unsealing the entire case and proceedings.

DATED this 10th day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge