1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )
                                           )
9                    Plaintiff,            )
                                           )
10          v.                             )        2:11-CR-250-MMD-(CWH)
                                           )
11  RHYN EMIL CAMPBELL,                    )
                                           )
12  _____Defendant._____ )

13                    **PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that on November 26, 2012, defendant RHYN EMIL CAMPBELL pled guilty

15  to Count One of a Five-Count Criminal Indictment charging him with Conspiracy to Manufacture

16  a Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

17  Criminal Indictment, ECF No. 1.

18          This Court finds defendant RHYN EMIL CAMPBELL agreed to the forfeiture of the property

19  set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum.

20  Criminal Indictment, ECF No. 1.

21          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

22  has shown the requisite nexus between property set forth in the Forfeiture Allegations of the

23  Criminal Indictment and agreed to in the Plea Memorandum and the offense to which defendant

24  RHYN EMIL CAMPBELL pled guilty. Criminal Indictment, ECF No. 1.

25          The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

26  924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United

1  States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and

2  Title 28, United States Code, Section 2461(c):

3         a.     $1,000 in United States Currency;

4         b.     a Ruger, Model P95, 9mm handgun, bearing serial number 315-35753;

5         c.     any and all ammunition ("property").

6         This Court finds the United States of America is now entitled to, and should, reduce the

7  aforementioned property to the possession of the United States of America.

8         NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

9  United States of America should seize the aforementioned property.

10        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

11  RHYN EMIL CAMPBELL in the aforementioned property is forfeited and is vested in the United

12  States of America and shall be safely held by the United States of America until further order of the

13  Court.

14        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

15  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

16  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

17  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

18  the name and contact information for the government attorney to be served with the petition,

19  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

20        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

21  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

22        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

23  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

24  following address at the time of filing:

25  . . .

26  . . .

1   Michael Humphreys
    Assistant United States Attorney
2   Daniel D. Hollingsworth
    Assistant United States Attorney
3   Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
4   Las Vegas, Nevada 89101.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

6   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

7   following publication of notice of seizure and intent to administratively forfeit the above-described

8   property.

9   DATED this _26_ day of _November_, 2012.

10

11

12

13   _____
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26