**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-CR-250-MMD-(CWH) |
| | ) | |
| RHYN EMIL CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on November 26, 2012, defendant RHYN EMIL CAMPBELL pled guilty to Count Four of a Five-Count Criminal Indictment charging him with Manufacture of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 68; Plea Memorandum, ECF No. 69.

This Court finds defendant RHYN EMIL CAMPBELL agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum. Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 69.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and agreed to in the Plea Memorandum and the offense to which defendant RHYN EMIL CAMPBELL pled guilty. Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 69.

. . .

1    The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2    924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United
3    States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and
4    Title 28, United States Code, Section 2461(c):

5        a.    $1,000 in United States Currency;
6        b.    a Ruger, Model P95, 9mm handgun, bearing serial number 315-35753;
7        c.    any and all ammunition ("property").

8    This Court finds the United States of America is now entitled to, and should, reduce the
9    aforementioned property to the possession of the United States of America.

10   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
11   United States of America should seize the aforementioned property.

12   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
13   RHYN EMIL CAMPBELL in the aforementioned property is forfeited and is vested in the United
14   States of America and shall be safely held by the United States of America until further order of the
15   Court.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
17   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
18   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
19   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
20   the name and contact information for the government attorney to be served with the petition,
21   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

22   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
23   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

24   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
25   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
26   following address at the time of filing:

1  Michael Humphreys
   Assistant United States Attorney
2  Daniel D. Hollingsworth
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101.

5      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

6  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

7  following publication of notice of seizure and intent to administratively forfeit the above-described

8  property.

9      DATED this __28th__ day of __February, 2013__,

10
11
12  _____
13  UNITED STATES DISTRICT JUDGE

1  **PROOF OF SERVICE**

2  I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Amended Preliminary Order of Forfeiture on November 28, 2012 by the below identified method of service:

CM/ECF:

Robert M. Draskovich, Jr.
Robert M. Draskovich, Chtd.
815 S. Casino Center
Las Vegas, NV 89101
emagana@draskovich.com
Attorney for Rhyn Emil Campbell

James Hartsell
Law Offices of James Hartsell
720 S. 4th St. Suite 100
Las Vegas, NV 89101
james@hartselllaw.com
Attorney for Phillip Berry


/s/Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal