# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-250-MMD-(CWH) |
| RHYN EMIL CAMPBELL, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT RHYN EMIL CAMPBELL

On February 28, 2013, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant RHYN EMIL CAMPBELL to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 68; Plea Memorandum, ECF No. 69; Amended Preliminary Order of Forfeiture, ECF No. 76.

. . .

. . .

. . .

. . .

. . .

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Amended Preliminary Order of Forfeiture (ECF No. 76) is final as to defendant RHYN EMIL CAMPBELL.

DATED this 18th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE