UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-250-MMD-(CWH) |
| ) | |
| RHYN EMIL CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On November 27, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant RHYN EMIL CAMPBELL to a criminal offense forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant RHYN EMIL CAMPBELL pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 68; Plea Memorandum, ECF No. 69; Preliminary Order of Forfeiture, ECF No. 70.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

. . .

from March 2, 2013, through March 31, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 88.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a. $1,000 in United States Currency;

b. a Ruger, Model P95, 9mm handgun, bearing serial number 315-35753; and

c. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 4th day of June 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Final Order of Forfeiture on June 4, 2013, by the below identified method of service:

CM/ECF:

Robert M. Draskovich, Jr.
Robert M. Draskovich, Chtd.
815 S. Casino Center
Las Vegas, NV 89101
emagana@draskovich.com
Attorney for Rhyn Emil Campbell

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal